COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## INVITATION TO BRIEF ISSUE

| | |
|---|---|
| Cause Number: | 01-15-00830-CV |
| Trial Court Cause Number: | 13-CP-0068 |
| Style: | In the Interest of C.M. and C.F., children |

Document to be filed: The parties are invited to submit a brief—one that includes citation to legal authority—on the following issue no later than 5:00 pm on Monday, February 8, 2015, and no longer than 8 pages in length:

Whether this court has jurisdiction over this appeal. The parties are requested to focus their briefing on (1) whether the directed verdict announced on March 13, 2015 and reduced to a written order on March 27, 2015 was a final, appealable judgment, and if so, (2a) the date by which a notice of appeal was required to be filed or, if not (2b) which order entered by the trial court is a final, appealable order.

Is appeal accelerated? ☒ YES    ☐ NO

Judge's signature: /s/ Harvey Brown

☒ Acting individually    ☐ Acting for the Court

Panel consists of: Justices Jane Bland, Harvey Brown, and Russell Lloyd

Date: February 4, 2016